# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS SULLIVAN, *et al.*, | |
| Plaintiffs, | Case No. 2:11-CV-01342-KJD-GWF |
| v. | **ORDER** |
| JEFF FRIMMERSDORF, *et al.*, | |
| Defendants. | |

Presently before the Court is Plaintiffs' Motion to Remand (#10).  Though the time for doing so has passed, Defendants have failed to file a response in opposition or otherwise respond to the motion to remand.  Therefore, in accordance with Local Rule 7-2(d) and good cause being found, Plaintiff's Motion to Remand is **GRANTED**.  Plaintiffs' motion for attorney's fees and costs is denied.

**IT IS SO ORDERED**.

DATED this 9th day of November 2011.

_____
Kent J. Dawson
United States District Judge