# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS SULLIVAN, *et al*.,

    Plaintiffs,

v.

JEFF FRIMMERSDORF, *et al*.,

    Defendants.

Case No. 2:11-CV-01342-KJD-GWF

**ORDER**

    Presently before the Court is Plaintiffs' Motion to Remand (#10). Though the time for doing so has passed, Defendants have failed to file a response in opposition or otherwise respond to the motion to remand. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, Plaintiff's Motion to Remand is **GRANTED**. Plaintiffs' motion for attorney's fees and costs is denied.

**IT IS SO ORDERED**.

    DATED this 9th day of November 2011.

_____
Kent J. Dawson
United States District Judge